No. 40834.—Protest 947895–G of Karl Guggenheim, Inc. (New York).

Opinion by SULLIVAN, J. It was stipulated that the articles are in chief value of shell, not toys. On the authority of Abstract 29981 the claim at 35 percent under paragraph 1538 was sustained.

No. 40835.—Protest 969633–G of F. W. Woolworth Co. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of Abstract 37637 the spring daggers in question were held dutiable at 45 percent under paragraph 397 as claimed.

BEFORE THE SECOND DIVISION, MARCH 15, 1939

No. 40836.—Protests 956620–G, etc., of Anchor Line et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 40837.—Protest 974847–G of Ignaz Strauss & Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Kwong v. United States (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

No. 40838.—Protests 878104–G, etc., of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paper weights, photo frames, and oil cans chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. United States v. Friedlaender (21 C. C. P. A. 103, T. D. 46445), Woolworth v. United States (C. A. D. 20), Woolworth v. United States (T. D. 47857), and Dow v. United States (21 C. C. P. A. 282, T. D. 46816) followed.

No. 40839.—Protest 957041–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the paper weights in question were held dutiable as household utensils at 40 percent under paragraph 339. United States v. Friedlaender (21 C. C. P. A. 103, T. D. 46445) and Woolworth v. United States (C. A. D. 20) cited.